# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| Olde South Roofing And Construction Co LLC | § § § § | Case No. 16-00179-DD |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Janet B. Haigler, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 113,220.00                    Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 706.00         Claims Discharged
                                                  Without Payment: 444,707.43

Total Expenses of Administration: 294.00

---

3) Total gross receipts of $ 1,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 1,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 211,223.17 | $ 40,773.53 | $ 40,773.53 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 294.00 | 294.00 | 294.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 229,387.08 | 48,424.56 | 48,424.56 | 706.00 |
| **TOTAL DISBURSEMENTS** | $ 440,610.25 | $ 89,492.09 | $ 89,492.09 | $ 1,000.00 |

4)  This case was originally filed under chapter 7 on 01/15/2016 . The case was pending for 24 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/17/2018             By:/s/Janet B. Haigler
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Insurance proceeds 2014 Chevy Truck that was damaged | 1229-000 | 1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial Services | | 49,265.67 | NA | NA | 0.00 |
| | Sandstone Funding | | 24,000.00 | NA | NA | 0.00 |
| | World Global Finance | | 137,957.50 | NA | NA | 0.00 |
| 7 | Small Business Term Loan Inc | 4110-000 | NA | 40,773.53 | 40,773.53 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 211,223.17 | $ 40,773.53 | $ 40,773.53 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janet B. Haigler | 2100-000 | NA | 250.00 | 250.00 | 250.00 |
| Janet B. Haigler | 2200-000 | NA | 43.04 | 43.04 | 43.04 |
| Insurance Partners | 2300-000 | NA | 0.96 | 0.96 | 0.96 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 294.00 | $ 294.00 | $ 294.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Serive | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | South Carolina Department of Revenue | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express | | 4,982.27 | NA | NA | 0.00 |
| | AT&T | | 229.34 | NA | NA | 0.00 |
| | AT&T | | 137.50 | NA | NA | 0.00 |
| | AT&T | | 255.57 | NA | NA | 0.00 |
| | Bank of America | | 5,046.02 | NA | NA | 0.00 |
| | Best Distributing | | 8,460.00 | NA | NA | 0.00 |
| | Boral Building Products | | 9,369.77 | NA | NA | 0.00 |
| | Business Financial Services | | 40,000.00 | NA | NA | 0.00 |
| | City of West Columbia | | 20.40 | NA | NA | 0.00 |
| | Columbia Wholesale | | 54,783.00 | NA | NA | 0.00 |
| | Grir Cox & Cranshaw LLC | | 340.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hanson Brick | | 1,724.91 | NA | NA | 0.00 |
| | Kristen McCrome | | 0.00 | NA | NA | 0.00 |
| | Norandex Building Materials | | 18,621.49 | NA | NA | 0.00 |
| | Roofing Supply Group | | 6,869.85 | NA | NA | 0.00 |
| | SC Dept of Labor Licensing & Regulation | | 0.00 | NA | NA | 0.00 |
| | SCE&G | | 204.61 | NA | NA | 0.00 |
| | SOS Capital | | 20,000.00 | NA | NA | 0.00 |
| | Sprint | | 628.56 | NA | NA | 0.00 |
| | Stocke Building Supply LLC | | 2,504.86 | NA | NA | 0.00 |
| | The Building Center | | 7,554.96 | NA | NA | 0.00 |
| | Waste Management | | 427.51 | NA | NA | 0.00 |
| | Wex Bank | | 3,604.58 | NA | NA | 0.00 |
| 5 | Abc Supply Co-Columbia | 7100-000 | 12,567.00 | 4,488.37 | 4,488.37 | 65.44 |
| 6 | Abc Supply Co-Columbia | 7100-000 | NA | 6,556.41 | 6,556.41 | 95.59 |
| 8 | American Express Bank, Fsb | 7100-000 | NA | 5,131.23 | 5,131.23 | 74.80 |
| 2 | Concrete Supply Co LLC | 7100-000 | 470.59 | 470.59 | 470.59 | 6.86 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cumulus Media | 7100-000 | 15,080.67 | 14,570.50 | 14,570.50 | 212.43 |
| 3 | Oswald Wholesale Lumber, Inc. | 7100-000 | 10,665.55 | 11,191.55 | 11,191.55 | 163.17 |
| 4 | Shuman Owens Supply Co | 7100-000 | 4,837.57 | 6,015.91 | 6,015.91 | 87.71 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 229,387.08 | $ 48,424.56 | $ 48,424.56 | $ 706.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-00179 | DD | Judge: | David R. Duncan | Trustee Name: | Janet B. Haigler |
| Case Name: | Olde South Roofing And Construction Co LLC | | | | Date Filed (f) or Converted (c): | 01/15/2016 (f) |
| | | | | | 341(a) Meeting Date: | 02/19/2016 |
| For Period Ending: | 01/17/2018 | | | | Claims Bar Date: | 05/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Security Deposit by landlord Ennis Properties | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 2. Account Receivable under 90 days | 70,000.00 | 70,000.00 | | 0.00 | FA |
| 3. Account Receivable over 90 days | 1,700.00 | 0.00 | | 0.00 | FA |
| 4. Electronics: 2-HP laptop, 1 Toshiba laptop, 2 - Brother pri | 800.00 | 0.00 | | 0.00 | FA |
| 5. 2014 Chevy Silverado, VIN#356359 | 37,220.00 | 0.00 | | 0.00 | FA |
| 6. 1992 Dodge Ram 250 VIN#605014 | 500.00 | 0.00 | | 0.00 | FA |
| 7. Tools inventory | Unknown | 0.00 | | 0.00 | FA |
| 8. Insurance proceeds 2014 Chevy Truck that was damaged (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $113,220.00        $74,000.00        $1,000.00        $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

1/17/2018:
Zero balance in account. TDR can be filed.

11/28/2017:
Final Report submitted on 11/13/2017 was withdrawn.  Since the Final Report will not have to be notice the cost of mailing was removed from trustee's expenses.  See Bankruptcy Rule 2002(a)(6) and 2002(f)(8).

9/26/2017:
Trustee was advised by state court attorney that the defendant provided sufficient information for a valid defense to the complaint for non payment.  Facts confirm that debtor did not complete the work required and the defendant was required to complete the work at a cost that exceeds the amount due on the job.  With the advice of counsel, Trustee has determined that she will not be successful on this $70,000 claim and it was dismissed.  There are no other assets in the case with value that exceed liquidation costs.  The Final Report can be filed.

12/30/2016:
Letter sent to landlord to confirm status of security deposit listed on schedules.  Trustee requested repossession sale report regarding truck under lien to Ally Bank for which lift of stay was granted to determine if any excess proceeds exist.  Demand letters sent for possible preference.  Response indicated new value and therefore, preference will not be pursued.  Attorney retained filed complaint 8/5/2016.  Service perfected 10/5/2016.  Complaint is for breach of contract due to outstanding balance due on job.  As of 12/12/2016, Defendant is in default. Attorney is to pursue Default Order with state court and seek order of court for damages.  Anticipate hearing being scheduled by State Court in early 2017 to address default and damages.  Transfers out of the bank account were reviewed for possible preferences.  Based on the information contained in the claims, new value would be a valid defense to payments made within the 90 days.  Claims reviewed and objection filed to secured claim.

6/30/2016:
Property of the estate includes a claim against general contractor for work performed for which debtor was not paid.  Debtor retained pre petition counsel to pursue this claim.  Trustee appointed the law firm to continue to pursue the claim for the estate.  Trustee will also pursue possible preference claims.  Trustee received insurance proceeds from damage due to truck.  Trustee is also looking into the value of the truck which has been repossessed by lienholder but not sold to date.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Trustee is investigating if security deposit has value to the estate based on pre petition claim of landlord. No claim filed by landlord. Trustee send letter to Landlord for turnover of $3,000 or evidence of debt owed at time of filing. Have not received response. Landload responded and provided information that prior to filing Landlord was owed in excess of $3,000 and took the deposit for back rent. Therefore, Trustee will not pursue this asset since it has no value to the estate. |
| RE PROP # | 2 | -- | Debtor asserts it is owed $70,000 for pre petition work that was not paid by General Contractor. Trustee has retained counsel on contingency basis to collect said funds. State Court Breach of Contract claim has been filed. Defendant defaulted. Attorney is seeking default order and damages.Default is being challenged since a letter was sent. State Court will set hearing on matter. Default is questioned by Defendant due to submitted letter. Trustee was advised by state court attorney that the defendant provided sufficient information for a valid defense to the complaint for non payment. Facts confirm that debtor did not complete the work required and the defendant was required to complete the work at a cost that exceeds the amount due on the job. With the advice of counsel, Trustee has determined that she will not be successful on this claim and it was dismissed. |
| RE PROP # | 3 | -- | Trustee does not have information for accounts over 90 days and believes that the expenses to collect exceed the possible return and therefore, will not pursue these accounts. |
| RE PROP # | 4 | -- | The costs of collection exceed the value of recovery for the estate. Therefore, the Trustee will not pursue this asset. |
| RE PROP # | 5 | -- | Debtor list final value of collateral as $37,220.00. Per the schedules there is no value in the vehicle for estate due to lien. However, post petiton, Debtor asserts that there is value in the vehicle above lien and cost of the repossession. Trustee has requested Report of Sale from lender to determine if any excess proceeds exist for the estate. Sale report provided. There were no excess proceeds. |
| RE PROP # | 6 | -- | There is no value in the Truck for benefit of the estate due to the cost of sale. |
| RE PROP # | 7 | -- | There is no value in the tools for the estate due to the UCC liens recorded. |
| RE PROP # | 8 | -- | Trustee received proceeds from insurance company for diminished value on 2014 Chevy Truck that was damaged. |
| RE PROP # | 9999 | -- | This asset entry is not applicable. |

Initial Projected Date of Final Report (TFR): 06/30/2017    Current Projected Date of Final Report (TFR): 11/28/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-00179 | Trustee Name: | Janet B. Haigler |
| --- | --- | --- | --- |
| Case Name: | Olde South Roofing And Construction Co LLC | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX5410 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5966 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 01/17/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/16 | 8 | Allstate | Insurance proceeds<br>Proceeds from insurance company for diminished value on 2014 Chevy Truck that was damaged. | 1229-000 | $1,000.00 | | $1,000.00 |
| 02/28/17 | 101 | Insurance Partners<br>26865 Center Ridge Road<br>Westlake, Ohio  44145-4042 | 2017 Trustee Bond Payment | 2300-000 | | $0.96 | $999.04 |
| 12/20/17 | 102 | Janet B. Haigler<br>Chapter 7 Trustee<br>Post Office Box 505<br>Chapin, South Carolina  29036 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $250.00 | $749.04 |
| 12/20/17 | 103 | Janet B. Haigler<br>Chapter 7 Trustee<br>Post Office Box 505<br>Chapin, South Carolina  29036 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $43.04 | $706.00 |
| 12/20/17 | 104 | Cumulus Media<br>3663 Momentum Pl<br>Chicago Il 60689-5536 | Final distribution to claim 1 representing a payment of 1.46 % per court order. | 7100-000 | | $212.43 | $493.57 |
| 12/20/17 | 105 | Concrete Supply Co LLC<br>Po Box 5247<br>Charlotte Nc 28229-5247 | Final distribution to claim 2 representing a payment of 1.46 % per court order. | 7100-000 | | $6.86 | $486.71 |
| 12/20/17 | 106 | Oswald Wholesale Lumber, Inc.<br>Robert M. Cook Ii<br>P.O. Box 3575<br>Batesburg-Leesville, Sc 29070 | Final distribution to claim 3 representing a payment of 1.46 % per court order. | 7100-000 | | $163.17 | $323.54 |
| 12/20/17 | 107 | Shuman Owens Supply Co<br>1515 Platt Springs Rd<br>West Columbia Sc 29169 | Final distribution to claim 4 representing a payment of 1.46 % per court order. | 7100-000 | | $87.71 | $235.83 |
| 12/20/17 | 108 | Abc Supply Co-Columbia<br>Hunter Warfield<br>4620 Woodland Corp Blvd<br>Tampa Fl 33614 | Final distribution to claim 5 representing a payment of 1.46 % per court order. | 7100-000 | | $65.44 | $170.39 |
| 12/20/17 | 109 | Abc Supply Co-Columbia<br>Hunter Warfield<br>4620 Woodland Corp Blvd<br>Tampa Fl 33614 | Final distribution to claim 6 representing a payment of 1.46 % per court order. | 7100-000 | | $95.59 | $74.80 |

Page Subtotals: $1,000.00    $925.20

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-00179  
Case Name: Olde South Roofing And Construction Co LLC  
Taxpayer ID No: XX-XXX5966  
For Period Ending: 01/17/2018  

Trustee Name: Janet B. Haigler  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX5410  
Checking  
Blanket Bond (per case limit): $3,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/20/17 | 110 | American Express Bank, Fsb<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 8 representing a payment of 1.46 % per court order. | 7100-000 | | $74.80 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $1,000.00 | $1,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,000.00 | $1,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,000.00 | $1,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*               Page Subtotals:      $0.00      $74.80

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5410 - Checking | $1,000.00 | $1,000.00 | $0.00 |
|  | $1,000.00 | $1,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,000.00 |
| Total Gross Receipts: | $1,000.00 |